No. 96–1369. VAN SCOY v. SHELL OIL CO. C. A. 9th Cir. Certiorari denied.

No. 96–1372. STAHL v. DIRECTOR, CENTRAL INTELLIGENCE AGENCY. C. A. 11th Cir. Certiorari denied.

No. 96–1376. LORENZ ET AL. v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 96–1385. HOUSE THE HOMELESS, INC., ET AL. v. WIDNALL, SECRETARY OF THE AIR FORCE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–1387. CRAWFORD, INDIVIDUALLY AND ON BEHALF OF HER DECEASED HUSBAND, CRAWFORD, ET AL. v. MARTIN-MARIETTA TECHNOLOGIES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–1401. DIMENSIONS MEDICAL CENTER, LTD. v. ILLINOIS HEALTH FACILITIES PLANNING BOARD ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–1402. CLAY v. COUNCIL OF THE DISTRICT OF COLUM-BIA. Ct. App. D. C. Certiorari denied.

No. 96–1410. ANDERSON ET AL. v. LAS VEGAS TRIBE OF PAI-UTE INDIANS ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1413. LEIDNER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–1414. PALADIN v. FINNERTY ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–1416. WRIGHT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–1419. FELDMAN, AKA FLEMING, AKA GIVNER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–1420. CVIJANOVIC v. LORAL CORP. ET AL. C. A. 4th Cir. Certiorari denied.